UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GERALDI, et al.,
    Plaintiffs

- v -                                          Civil No 3:02CV1361(AVC)

NEMETH MARTIN, et al.,
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **December 8, 2003, at 10:00 a.m.** The parties shall submit *ex parte* statements **to the Chambers of Judge Smith,** not to exceed four pages, briefly setting forth their settlement positions, no later than December 4, 2003. **Facsimiles will not be accepted**.

Counsel shall be accompanied by the appropriate persons with **authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), *aff'd*, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

IT IS SO ORDERED.

Dated at Hartford, Connecticut this 20th day of October, 2003.

_____
Thomas P. Smith
United States Magistrate Judge