# Nemeth/Martin Consulting, Inc.
20 Germantown Road
Danbury, CT 06810

203-830-6300
Fax: 203-830-4907

www.ultrashare.com

October 17, 2003                                            Sent Via: USPS Priority Mail

Honorable Thomas P. Smith
United States Magistrate Judge
450 Main Street, Room 258
Hartford, CT 06103
Re: Geraldi et al. v. Nemeth Martin et al.
    3:02CV1361 (AVC)

Dear Judge Smith:

Earlier this year, counsel in the above referenced matter met with you in an effort to reach a settlement in the pending case. At the time of our meeting, you suggested that counsel may want to revisit settlement discussions after some discovery had been completed.

At this time, written discovery has been propounded and the depositions of all of the plaintiffs and two witnesses have been taken. Counsel has conferred and has agreed that another settlement conference mediated by your Honor would be beneficial in an effort to bring this case to a resolution.

I have contacted your office and have been advised that your calendar is very full at this time. However I was instructed to provide you with a few dates during which counsel is available before the end of this year should an opportunity for a settlement conference arise. All counsel are available on December 8, 9, and 12, 2003. I would appreciate your advising if such a conference could be scheduled before the end of the year. If such a conference cannot be convened in 2003, I would appreciate your advising of your availability for such a conference in 2004. I will then make every effort to schedule this meeting with counsel. Your efforts in assisting us to bring this matter to a resolution are appreciated.

Your very truly,

Elena C. Goletz
General Counsel
Cc: Edward Richters
    Peter Goselin
    William Bright

*[Handwritten annotation in margin:] 10/20/03. Treating this as a motion, it is GRANTED. A conference will be held 12/8/03 at 10:00 am. A calendar will follow. Thomas P. Smith USMJ*