## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 NOV 14 P 12: 08
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| BARBARA GERALDI, ET AL.<br>Plaintiffs, | CIVIL ACTION NO.<br>3:02CV1361 (AVC) |
| vs. | |
| NEMETH MARTIN CONSULTING, INC.,<br>ET AL.<br>Defendants. | November 13, 2003 |

### JOINT MOTION TO EXPAND DISCOVERY AND PRETRIAL DEADLINES

The Complaint in this matter was filed by the three Plaintiffs against the two Defendants on August 7, 2002. There is also a counterclaim by the Defendants against Plaintiff Barbara Geraldi. The parties have conducted an early settlement conference, written discovery, and several depositions. The parties are scheduled to return to Magistrate Judge Smith for a second settlement conference on December 8, 2003. It is anticipated that, depending upon the outcome of the December 8 conference, the parties will seek to take additional depositions of fact witnesses and expert witnesses.

Presently, discovery is set to close by November 13, 2003. It is difficult to predict the additional length of time (if any) reasonably necessary to complete discovery after the December 8 conference. Therefore, the parties respectfully request that the Court hold discovery open at this time, and that the parties be permitted to discuss a reasonable expansion of discovery and other pre-trial deadlines with Judge Smith at the conclusion of the December 8 conference.

Plaintiffs' counsel represents that he has consulted with Defendants' counsel, who has indicated that the Defendants join in it.

> RESPECTFULLY SUBMITTED
> THE PLAINTIFFS,
>
> BY: _____
> Peter Goselin ct16074
> Livingston, Adler, Pulda
> Meiklejohn & Kelly, P.C.
> 557 Prospect Avenue
> Hartford, CT 06105-2922
> (860) 233-9821

## CERTIFICATE OF SERVICE

    This hereby certifies that a copy of the foregoing Joint Motion to Expand Discovery and Pretrial Deadlines has been mailed first-class, postage pre-paid on this 13th day of November, 2003 to all counsel of record as follows:

Elena C. Goletz
Nemeth Martin Consulting, Inc.
20 Germantown Road
Danbury, CT 06810

Edward M. Richters
Jackson Lewis LLP
55 Farmington, CT Suite 1200
Hartford, CT 06105

_____
Peter Goselin