UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA GERALDI, ET AL.<br>Plaintiffs, | CIVIL ACTION NO.<br>3:02CV1361 (AVC) |
| vs. | |
| NEMETH MARTIN CONSULTING, INC.,<br>ET AL.<br>Defendants. | November 13, 2003 |

## JOINT MOTION TO EXPAND DISCOVERY AND PRETRIAL DEADLINES

The Complaint in this matter was filed by the three Plaintiffs against the two Defendants on August 7, 2002. There is also a counterclaim by the Defendants against Plaintiff Barbara Geraldi. The parties have conducted an early settlement conference, written discovery, and several depositions. The parties are scheduled to return to Magistrate Judge Smith for a second settlement conference on December 8, 2003. It is anticipated that, depending upon the outcome of the December 8 conference, the parties will seek to take additional depositions of fact witnesses and expert witnesses.

Presently, discovery is set to close by November 13, 2003. It is difficult to predict the additional length of time (if any) reasonably necessary to complete discovery after the December 8 conference. Therefore, the parties respectfully request that the Court hold discovery open at this time, and that the parties be permitted to discuss a reasonable expansion of discovery and other pre-trial deadlines with Judge Smith at the conclusion of the December 8 conference.

[Margin annotation:] The motion is denied without prejudice to its refiling as a motion to re-open discovery after the December 8, 2003 conference with Magistrate-Judge Smith. November 17, 2003. SO ORDERED. Alfred V. Covello, U.S.D.J.