UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Settlement Conference Calendar

2003 DEC -9 A 10:14

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

US DISTRICT COURT
HARTFORD CT

December 8, 2003

10:00 a.m.

CASE NO. **3:02cv1361** (AVC) **Geraldi, et al. V. Martin, et al**

**SETTLEMENT CONFERENCE**

Elena C. Goletz
Nemeth Martin Consulting, Inc.
20 Germantown Road
Danbury, CT 06810


Peter D. Goselin
Livingston, Adler, Pulda, Meiklejohn & K
557 Prospect Ave.
Hartford, CT 06105-2922


Deborah L. McKenna
Livingston, Adler, Pulda, Meiklejohn & K
557 Prospect Ave.
Hartford, CT 06105-2922


Edward M. Richters
Jackson Lewis
55 Farmington Ave.
Ste. 1200
Hartford, CT 06105

*Conf. held w/ TPS - Case settled -*
*Time - 10'*