FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

GERALDI, et al.,
    Plaintiffs

- v -                      Civil No. 3:02CV361(AVC)

MARTIN, et al.,
    Defendants

## MEMORANDUM AND ORDER

A settlement conference was held in this case December 8, 2003. The case has been settled. The parties will file the appropriate papers within 30 days.

Dated at Hartford, Connecticut, this 9th day of December, 2003.

                                        Thomas P. Smith
                                        United States Magistrate Judge