CT/cvjysel (October 17, 2001)

HONORABLE _Smith_

DEPUTY CLERK _Sunbury_    RPTR/ERO/TAPE _Coates_

TOTAL TIME: ___ hours ___ minutes

DATE _1/8/04_    START TIME _2:30_    END TIME _3:30_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:02CV1361AVC_

Geraldi, et al

vs.

Nemeth Martin

§
§
§  ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
§
§

Plaintiffs Counsel

_____

Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ (call./h) Call of the Calendar held    ☐ (call./set) Call of the Calendar over to _____

☐ (jyselect./h) Jury Selection held    ☐ Jury Selection continued until _____

#46    Motion _Pltf's For Summary Enforcement of the_    ☑ granted  ☐ denied  ☐ advisement

#    Motion _Settlement Agreement_    ☐ granted  ☐ denied  ☐ advisement

#    Motion _____    ☐ granted  ☐ denied  ☐ advisement

#    Motion _____    ☐ granted  ☐ denied  ☐ advisement

_____    ☐ filed  ☐ docketed

_____    ☐ filed  ☐ docketed

_____    ☐ filed  ☐ docketed

_____    ☐ filed  ☐ docketed

. . . . _____ # jurors present

. . . . _____ # jurors absent

. . . . Voir Dire oath administered by Clerk ☐ previously administered by Clerk

. . . . Voir Dire by Court

. . . . _____ jurors excused (See attached)

. . . . Panel of _____ drawn (See attached)

. . . . Peremptory challenges exercised (See attached)

. . . . Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

. . . . Remaining jurors excused

. . . . Discovery deadline set for _____

. . . . Disposition Motions due _____

. . . . Joint trial memorandum due _____

. . . . Trial continued until _____ at _____

☐ COPY TO: JURY CLERK