UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 12 P 4: 57
U.S. DISTRICT COURT
HARTFORD, CT.

BARBARA GERALDI, ET AL

V.    CASE NO. 3:02CV01361(AVC)

NEMETH MARTIN CONSULTING, INC, ET AL

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Thomas P. Smith for the following:

____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge (orefcs.);

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

____ To conduct settlement conferences (orefmisc./cnf);

____ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.): __Motion #46   Motion for Summary Enforcement of Settlement Agreement and Motion for Judgment.__

So ordered.

Dated at Hartford, Connecticut this 12th day of January, 2004.

Alfred V. Covello
United States District Judge