UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

BARBARA GERALDI, LARA TUTTLE :
and DEEANN YOUNG, Plaintiffs, :
: Civil No. 3:02CV1361(AVC)
v. :
:
NEMETH/MARTIN CONSULTING, INC., :
and GARY BONOMO, Defendants : Date: December 30, 2003

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Elena C. Goletz, counsel of record on behalf of Nemeth/Martin Consulting, Inc., hereby requests leave to withdraw as counsel of record. As grounds for the application, counsel informs the Court that case is being settled, and that counsel has worked with Co-counsel Edward M. Richters of the law firm of Jackson Lewis LLP who has performed as lead counsel on this case. Attorney Goletz's employment with Nemeth/Martin Consulting, Inc. will be terminated as part of a reduction in force on December 31, 2003. Attorney Richters will continue to take all the necessary steps to finalize the settlement and to represent the Defendants in this matter.

Respectfully submitted for:
THE DEFENDANTS,

By: _____
Elena C. Goletz, Esq. (ct24224)
Nemeth/ Martin Consulting, Inc.
20 Germantown Road
Danbury, CT 06810
(203) 830-6300

Edward M. Richters (ct08043)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404

January 12, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 JAN 12 P 4:58 U.S. DISTRICT COURT HARTFORD, CT