UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA GERALDI, LARA TUTTLE and DEEANN YOUNG : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> NEMETH/MARTIN CONSULTING, INC., : <br> and GARY BONOMO : <br>     Defendants : | Civil No. 3:02CV1361(AVC)(TPS) <br><br><br><br><br><br> March 31, 2003 |

**STIPULATION TO DISMISSAL
AND RELEASE OF PREJUDGEMENT REMEDIES**

    The Plaintiffs and the Defendants in the above matter, by and through their respective counsel, hereby stipulate to the dismissal of the above entitled action with prejudice and without attorneys fees or costs to any party, and to a full release of all pre-judgment remedies that have been stipulated to and ordered in the above entitled action.

    The parties respectfully request that the Court endorse and issue the Release of Attachment of Real Property, attached hereto.

| | |
|---|---|
| PLAINTIFFS, BARBARA GERALDI, <br> LARA TUTTLE and DEEANN YOUNG | DEFENDANTS, <br> NEMETH/MARTIN CONSULTING, INC. <br> and GARY BONOMO |
| By: _____ <br>   Peter Goselin (ct16074) <br>   Deborah L. McKenna (ct17326) <br>   Livingston, Adler, Pulda, Meiklejohn & Kelly <br>   557 Prospect Avenue <br>   Hartford, CT  06105-2922 <br>   (860) 233-9821 | By:_____ <br>   Edward M. Richters (ct. 08043) <br>   Jackson Lewis LLP <br>   55 Farmington Avenue, Suite 1200 <br>   Hartford, CT  06105 <br>   (860) 522-0404 |

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first class mail, postage prepaid on the __ day of April, 2003, to the Plaintiffs' counsel of record:

    Peter Goselin
    Deborah L. McKenna
    Livingston, Adler, Pulda, Meiklejohn & Kelly
    557 Prospect Avenue
    Hartford, CT  06105-2922

_____
Edward M. Richters