53

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED

2004 MAR 31 P 12: 32

U.S. DIS[T] C[T] COURT

| | |
|---|---|
| BARBARA GERALDI, LARA TUTTLE and DEEANN YOUNG<br>Plaintiffs, | : <br> : <br> : |
| v. | : Civil No. 3:02CV1361(AVC)(TPS) <br> : |
| NEMETH/MARTIN CONSULTING, INC., and GARY BONOMO<br>Defendants | : <br> : <br> : <br> : March 31, 2003 |

### STIPULATION TO DISMISSAL
### AND RELEASE OF PREJUDGEMENT REMEDIES

The Plaintiffs and the Defendants in the above matter, by and through their respective counsel, hereby stipulate to the dismissal of the above entitled action with prejudice and without attorneys fees or costs to any party, and to a full release of all pre-judgment remedies that have been stipulated to and ordered in the above entitled action.

The parties respectfully request that the Court endorse and issue the Release of Attachment of Real Property, attached hereto.

April 6, 2004.  SO ORDERED.
Alfred V. Covello, U.S.D.J.

PLAINTIFFS, BARBARA GERALDI,
LARA TUTTLE and DEEANN YOUNG

By:_____
Peter Goselin (ct16074)
Deborah L. McKenna (ct17326)
Livingston, Adler, Pulda, Meiklejohn & Kelly
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

DEFENDANTS,
NEMETH/MARTIN CONSULTING, INC.
and GARY BONOMO

By:_____
Edward M. Richters (ct. 08043)
Jackson Lewis LLP
55 Farmington Avenue, Suite 1200
Hartford, CT 06105
(860) 522-0404