UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA GERALDI, LARA TUTTLE and DEEANN YOUNG : Plaintiffs : : v. : : NEMETH/MARTIN CONSULTING, INC., : and GARY BONOMO : Defendant : | Civil No.: 3:02CV1361(AVC)(TPS) April 6, 2004 |

### RELEASE OF ATTACHMENT OF REAL PROPERTY

This is to certify that the attachment of the real estate of the Defendant, Gary Bonomo, in the above-entitled action returnable to the above Court bearing Docket Civil No. 3:02CV1361(AVC) recorded in the Land Records of the Town of New Fairfield as Volume 357, Page 606 and Volume 357, Page 512, is hereby dissolved and the lien thereby created is hereby released and discharged.

By the Court

_____
Alfred V. Covello, U.S.D.J.